**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| BLAIRE MIRACLE | ) | CASE NO.:  3:22-CV-159 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| COMMISSIONER OF THE | ) | **NOTICE OF PLAINTIFF'S** |
| SOCIAL SECURITY | ) | **VOLUNTARY DISMISSAL** |
| ADMINISTRATION, | ) | **WITHOUT PREJUDICE** |
| | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff, Blaire Miracle, and Defendant, the Commissioner of the Social Security Administration, by and through their respective counsel, hereby give notice of their Joint Notice of Voluntary Dismissal of Plaintiff's Complaint, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  This dismissal is without prejudice; costs to be borne by Plaintiff.

    WHEREFORE, the parties to this action pray this Court will dismiss Plaintiff's Complaint without prejudice.

Respectfully submitted,

s/ Rachel C. Wilson
Rachel C. Wilson (#0068168)

Attorney for Plaintiff
1382 West 9th Street
Suite 420
Cleveland, OH 44113
216-925-5185
216-664-1287 – Fax
rachel@wilson-gillissie.com

s/Lisa Hammond Johnson
Lisa Hammond Johnson
Attorney for Defendant
Office of the US Attorney
Northern District of Ohio
801 Superior Avenue, W
Cleveland, OH 44113
216-622-3670
Fax: 216-522-4982

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge